NEW YORK CENTRAL RAILROAD COMPANY, Plaintiff, v. MIDDLEPORT GAS AND ELECTRIC LIGHT COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN MILLS COMPANY, Respondent, v. LEWIS D. COLLINS and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

WIGHTMAN GLASS CORPORATION, Appellant, v. KATHERINE LOVE STEINFELD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

COOPER-SNELL COMPANY, INC., Respondent, v. THE STATE OF NEW YORK, Appellant.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

ELIZABETH M. REINHARD, Respondent, v. THE SIDNEY B. ROBY COMPANY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

PHILIP KAISER, Appellant, v. JACOB H. BROWN and Another, Respondents. — Motion granted and appeal dismissed, without costs.

MARY E. DAVIS, Respondent, v. ROBERT DEUSLER and Others, Appellants.— Motion granted and appeal dismissed, with costs.

ELIZA J. SPERRIN, Respondent, v. FRANCIS G. ERNSHAW, Appellant, Impleaded, etc.— Motion to dismiss appeal denied, upon condition that appellant shall file and serve printed papers within sixty days and give undertaking in usual form, to continue stay.

ELIAS LOOS, Respondent, v. NEW YORK STATE RAILWAYS and Others, Appellants.—Appeal dismissed, without costs, upon stipulation filed.

FRANCES J. LOOS, Respondent, v. NEW YORK STATE RAILWAYS and Others, Appellants.—Appeal dismissed, without costs, upon stipulation filed.

GIUSEPPE DUBOLINO, as Administrator, etc., Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY and Another, Respondents.—Appeal dismissed, without costs, upon stipulation filed.

ALTA BEARDSLEE, Appellant, v. SARAH C. BEEBE and Another, Respondents.—Appeal dismissed unless appellants shall file and serve briefs by October fifth.

MARK A. HOWELL and Others, Appellants, v. JOHN C. YOUNG, Respondent. — Motion granted and appeal dismissed, with costs.

WILLIAM A. NEAVE, Appellant, v. ANNIE O'NEIL, Respondent.— Motion granted and appeal dismissed, with costs.

WILLIAM A. NEAVE, Appellant, v. ANNA NEAVE MURPHY, Respondent.— Motion granted and appeal dismissed, with costs.

PETER PSZESTOWSKI, Appellant, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers on appeal within sixty days.